**Order Entered October 25, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01247-CV

### IN RE CLAUDE T. MARSHALL, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-74865-KN**

## ORDER

Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus for want of jurisdiction.

/s/ CRAIG STODDART
JUSTICE